IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| EDWIN ELMER COVENTRY, V<br>AIS # 109975, | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | CIVIL ACTION NO. 2:09cv1176-ID |
| SHERIFF WILLIAM E. FRANKLIN,<br>et al., | )<br>)<br>)<br>) | |
| Defendants. | ) | |

**ORDER AND OPINION**

On June 16, 2010, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. No. 21). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. The defendants' motion for summary judgment is GRANTED to the extent the defendants seek dismissal of this case due to the plaintiff's failure to properly exhaust administrative remedies previously available to him at the Elmore County Jail.

2. This case is DISMISSED with prejudice in accordance with the provisions of 42 U.S.C. § 1997e(a) for the plaintiff's failure to properly exhaust administrative remedies previously available to him at the Elmore County Jail.

Done this the 27th day of July, 2010.

                      /s/ Ira Dement
                      SENIOR UNITED STATES DISTRICT JUDGE